AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRIAN TYRONE PLEASANT | Case No.   3:08cr158-MHT-01 |
| | USM No.   91495-020 |
| | Alexander Karakatsanis |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s)   1, 3, 5 and 7   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to submit truthful and complete written reports, within the first five days of each month | 8/06/10 |
| 3 | The defendant failed to answer truthfully to inquiries by the probation officer and follow instructions of the probation officer | 8/06/10 |
| 5 | Defendant associated with a person convicted of a felony and was not granted permission to do so by the probation officer | 7/20/10 |
| 7 | Defendant failed to provide the probation officer with access to any requested information | 7/23/10 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   2, 4 and 6   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8515

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Columbus, GA

September 9, 2010
Date of Imposition of Judgment

*/s/ Myron H. Thompson*
Signature of Judge

Myron H. Thompson, United States District Judge
Name and Title of Judge

Sept. 17, 2010
Date

|  |  |
|---|---|
| DEFENDANT: BRIAN TYRONE PLEASANT | Judgment — Page 2 of 4 |
| CASE NUMBER: 3:08cr158-MHT-01 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    Thirty One (31) days. The term of supervised release imposed on October 14, 2009, is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page __3__ of __4__

DEFENDANT:      BRIAN TYRONE PLEASANT
CASE NUMBER:    3:08cr158-MHT-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
Thirty Five (35) Months

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
          Sheet 3C — Supervised Release

Judgment—Page 4 of 4

DEFENDANT:       BRIAN TYRONE PLEASANT
CASE NUMBER:     3:08cr158-MHT-01

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall reside in the Renascence Community Reentry Center in Montgomery, Alabama for a period of six (6) months. While a resident at Renascence, the defendant shall abide by all program rules. The probation officer shall notify the Court should the defendant not be accepted by Renascence.

2. Defendant shall appear before the Court for a review hearing 12 months after successfully completing the Renanscence Community Reentry program. The defendant shall appear at a second review hearing 12 months following the first review hearing.

3. Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

4. Defendant shall obtain and maintain full-time verifiable employment.

5. Defendant shall provide the probation officer access to any requested financial information.

6. Defendant shall pay restitution at the rate of not less than $200 per month to commence 30 days after being released from imprisonment. The payments will remain at $200 monthly unless the defendant can provide financial documents to support a reduction in payment.

7. Defendant shall surrender in its entirety, any federal and or state income tax refund that he may receive. Funds shall be surrendered to the Clerk, U.S. District Court for the Middle District of Alabama, to be applied to any outstanding restitution balance. Defendant shall file both federal and state income tax.

8. The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer unless in compliance with the payment schedule.

9. The defendant shall submit to a search of his person, residence, office and vehicle pursuant to the search policy of this court.